IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01053-RPM-KMT

JESSICA BARBARA MCLAUGHLIN ERICKSON,

    Plaintiff,

v.

LIGHTHOUSE RECOVERY ASSOCIATES,

    Defendant.
_____

## ORDER FOR ENTRY OF FINAL JUDGMENT
_____

    Upon consideration of the Recommendation of United States Magistrate Judge Kathleen M. Tafoya, filed July 31, 2013, and the supporting papers for the plaintiff's motion for entry of default judgment, the Court now adopts and incorporates by this reference the findings of fact and conclusions of law contained in the recommendation and upon that basis, it is

    ORDERED that judgment shall enter for Plaintiff Jessica Barbara McLaughlin Erickson and against Defendant Lighthouse Recovery Associates in the amount of $3,175.00, plus costs upon the filing of a bill of costs within 14 days.

    DATED: August 16th, 2013

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge