IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01053-RPM-KMT

JESSICA BARBARA MCLAUGHLIN ERICKSON,

    Plaintiff,

v.

LIGHTHOUSE RECOVERY ASSOCIATES,

    Defendant.

_____

Amended FINAL JUDGMENT
_____

    Pursuant to the Order for Entry of Final Judgment entered by Senior Judge Richard P. Matsch on August 16, 2013, it is

    ORDERED AND ADJUDGED that judgment is entered for Plaintiff Jessica Barbara McLaughlin Erickson and against Defendant Lighthouse Recovery Associates in the amount of $3,175.00, plus costs upon the filing of a bill of costs within 14 days.

    DATED: August 16th, 2013

    FOR THE COURT:

    JEFFREY P. COLWELL, Clerk

        s/ M.V. Wentz
    By _____
        Deputy